Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
P.O. Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Cosentino, | No. CV-21-180-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| The Hartford Life and Accident Insurance Company, | |
| Defendant. | |

The parties hereby give notice that they have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal with Prejudice within 30 days.

DATED August 2, 2021

RONSTADT LAW, PLLC

By: *s/ Erin Rose Ronstadt*
      Erin Rose Ronstadt
      Kyle Shelton

**CERTIFICATE OF SERVICE**

 I certify that on August 2, 2021 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina N. Holmstrom
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
kristina.holmstrom@ogletree.com

*Attorney for Defendant*

*s/ Merry Martin*

**RONSTADT LAW**
P.O Box 34145, Phoenix, AZ 85067
6122 N.. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050