# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Cosentino,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>　　　　　　Defendant. | No. CV-21-00180-PHX-SRB<br><br>**ORDER OF DISMISSAL** |

THIS MATTER came before the Court upon Stipulation by the parties for an Order of Dismissal. The Court having reviewed the file herein, noting agreement of counsel, and being otherwise duly advised, it is hereby

ORDERED that this matter is hereby DISMISSED, WITH PREJUDICE, with each party to bear their own fees and costs.

Dated this 11th day of August, 2021.

_____
Susan R. Bolton
United States District Judge